(Exhibit A)

# POLYGRAPH REFERRAL, QUALITY ASSURANCE AND APPEAL PROCEDURES
## Liberty Health Care/IDHS

November, 2006

The polygraph examination plays a critical role in the treatment of sexual offending and is widely used in the field of sex offender treatment. At the TDF, three types of polygraph examinations are used: Predicate Offense Polygraph, Sexual History Polygraph and Maintenance Polygraph: The treatment program at the DHS-TDF adheres to the guidelines for the use of polygraphy in sex offender treatment contained in the Standards of Practice of the ATSA (check name and spell out) as well as those of the American Polygraph Association. This procedure addresses the treatment programs efforts to maintain the highest level of quality assurance and maximize the positive impact of the polygraph experience on each individual resident's' treatment.

## DEFINITIONS

**Polygraph Examination** - A polygraph examination is a scientific test that collects physiological data from a person with the purpose of detecting reactions associated with dishonesty. At least three systems in the human body are recorded during a polygraph examination. Respiratory activity is monitored by placing rubber tubes across the examinee's chest. Electro dermal or "sweat gland" activity is recorded by placing two small attachments to the fingers or palm of the hand. And cardiovascular activity is collected by a blood pressure cuff or similar device.

**Polygrapher** - An individual licensed in the state of Illinois to administer and interpret polygraph examinations. The polygrapher is also a member of the American Polygraph Association and subscribes the practice standards and ethical guidelines of this organization, and meets all requirements for Post-Conviction Polygraph Standards for Sex Offender Training and Testing.

**Polygraph Review Committee (PRC)** - A committee of senior clinicians who review residents' readiness for polygraph examinations, clarify test referral questions, refer residents for examination, and review test results for quality control purposes, accuracy verification, and make determinations for successful completion of program polygraph examination requirements.

**American Polygraph Association** - The American Polygraph Association (APA) is the leading professional polygraph organization in the world, representing more then 3,200 experienced polygraph examiners in private business, law enforcement and government. Professional APA polygraph examiners administer hundreds of thousands of polygraph exams each year worldwide. The APA establishes standards of ethical practices, techniques, instrumentation and research, as well as provides advanced training and continuing education programs.

**Predicate Offense Polygraph** - a polygraph examination as defined above which addresses only the factual details of a resident's most recent sexual offense.

**Sexual Offense History Polygraph** - a polygraph examination as defined above which addresses a resident's entire sexual offense history.

**Maintenance Polygraph** - a polygraph examination as defined above which addresses

(1)

ongoing resident behaviors or other factual elements believed to be important to a resident's sexual offender treatment.

## PROCEDURES

1. All residents are referred to the PRC prior to sitting for a polygraph examination. The Polygraph Review Committee (PRC) shall be comprised of the following members:

   Chair -      Clinical Director (or Associate Clinical Director, in his/her absence)
   Members:   Referring Clinicians (Core Group Therapists, non-voting participants)
                3 Senior Clinicians, with one to two alternates (rotating 6 month terms)
                One Team Leader (rotating 6 month terms)

2. There are three possible points in Phase II of the treatment program where residents may be referred for a polygraph; after presenting their index offense (index offense polygraph), and after completion of the Sexual Offense History Questionnaire (sexual offense history polygraph), and after participating in an unaccepted polygraph (re-examination). Maintenance polygraphs tests which measure more current vs historical issues of significance may be used at any point in the treatment program.

   A. Index Offense Polygraph - a resident may be referred to the Polygraph Review Committee by his Core Group therapists if the resident's account of his most recent sexual offense differs substantially from the official records of this offense. The decision to refer for an Index Offense Polygraph is always reviewed in supervision with the Team Leader for the Core Group Therapists. If the decision is made to refer for an index offense polygraph, the PRC reviews the discrepancies between the resident's self-reported details and the official records of the index offense and either approves or disapproves the Core Group Therapists recommendation for an index offense polygraph.

   B. Sexual History Polygraph - All residents are referred to the (PRC) upon completion of their Sexual Offense History Questionnaire, and successful presentation of this to their Core group. The Core Therapists present all relevant clinical and historical information to the PRC to determine whether or not a resident will be required to sit for a full sexual offense history polygraph exam. The committee then reaches a consensus in recommending either a polygraph examination, or a waiver of the Phase II treatment objective for polygraph completion. In cases where a polygraph examination is recommended, the committee helps the referring clinicians formulate appropriate areas of inquiry for the examination. If the committee is unable to come to a consensus, a vote will be taken and the majority decision will apply.

   C. Polygraph Re-examination - Residents who previously have failed the polygraph examination, or received inconclusive results not accepted by the PRC may also be required to re-take the polygraph examination. A resident in this position is referred to the PRC by his Core Group therapists at such time as they (and the treatment team) feel that the resident's progress in treatment on issues relating to their initial polygraph results warrants a re-examination. The PRC

then reviews each of these referrals evaluating the subsequent progress following a previously unacceptable polygraph, as well as the factors described in (B) above, in determining the appropriateness of an additional polygraph examination.

3. The Chair of the PRC schedules an appointment for the polygraph with the facility's contracted examiner. All relevant treatment and background materials are gathered by the designated core group therapist and given to the Chair of the PRC, for forwarding to the polygraph examiner. The TDF polygrapher meets all requirements for Post-Conviction Polygraph Standards for Sex Offender Training and Testing as set forth by the American Polygraph Association. In accordance with the Standards of Practice of the American Polygraph Association, all examinations will be audio or videotaped for quality assurance purposes.

4. Upon completion of the polygraph examination, all test results are reviewed by the PRC for acceptance:
    Non-deceptive polygraph findings: to be reviewed by the committee prior to acceptance, to control for false negative errors.
    Deceptive polygraph findings: to be reviewed in consideration of domains listed in (B) above, to attempt to control for false positive errors.

In reviewing Deceptive and Non-deceptive polygraph findings, the committee considers all relevant clinical and historical information, including but not limited to:

    A. Validity indicators on the Entry to Treatment Evaluation, Penile Plethysmograph (PPG) and Abel Screen.
    B. Consistency between reported offenses and offenses of record and the extent of sexual offense history disclosure.
    C. Review of potential indicators of deception including participation in Core and Ancillary treatment groups, unit behavior, primary therapy relationships, review of TDF clinical and master files, etc.
    D. Results of predicate offense polygraph examination (if taken).

5. Inconclusive findings: The Committee examines the polygraph results in consideration of domains listed in (4) above to determine whether the resident's treatment would differ meaningfully if the results had been conclusive. If it is determined that the course of treatment would not be meaningfully different if the results had been conclusive, the resident's current polygraph examination will be held to satisfy the CORE treatment objective regarding the polygraph.

## APPEAL PROCEDURES

6. Appeal Procedures - Residents may appeal the polygraph review committee's decisions regarding acceptance of the polygraph findings. The appeal process is divided into two tiers, which must be followed in sequence.

*Tier 1:* Residents whose polygraph findings are found by the committee not to have

satisfied the polygraph requirement on the Core Treatment Objectives Checklist may submit a written letter requesting that the PRC reconsider their decision regarding acceptance of their polygraph results. These letters should explain in detail why the resident believes the PRC is in error regarding their decision not to accept the resident's polygraph findings as satisfying the Checklist criteria. Prior to submitting the written letters to the committee, residents are strongly encouraged, but not required, to process their decision to appeal and reasons they believe support it in their Core Treatment groups. This will allow their core group facilitators to help support their written appeal during the PRC review of the residents' written request for reconsideration.

Residents who require assistance in drafting appeal letters will be aided by their primary or Core Group therapist, or by one of their peers. In such cases, the resident's helper may submit the written appeal in their handwriting, if directed by the resident. Residents who believe they cannot, even with assistance, adequately present their case for appeal in writing may request a personal appearance before the committee to discuss their appeal.

After review of residents' written request for reconsideration (or personal appearance), the PRC will either accept the residents' appeal and reverse their original decision regarding satisfaction of the polygraph item on the Core Treatment Objectives Checklist, or deny the residents appeal and uphold their original decision.

*Tier 2*: If a residents' appeal is denied at Tier 1 residents may elect to participate in the second part of the appeal process. Residents must submit a request for Tier 2 appeal in writing to the chair of the PRC. The chair of the PRC will respond to the resident with written instructions for proceeding with this level of appeal.

A Tier 2 appeal involves a review of the polygraph charts and audio or videotape of the original polygraph examination by an independent polygrapher of the resident's choosing. Polygraphers selected to review the residents polygraph findings must meet the following qualifications:
   A. Licensed as a polygrapher in the state of Illinois.
   B. Member of the American Polygraph Association
   C. Must have satisfied Post-Conviction Polygraph Standards for Sex Offender Training and Testing as set forth by the American Polygraph Association.

7. Once a resident or his attorney has identified an independent polygrapher, the chairman of the PRC, or his designee, will coordinate the transfer of the resident's polygraph examination raw data to the independent polygrapher.

8. The resident and/or his attorney will be responsible for any fees charged by their selected independent polygrapher in reviewing the raw test data.

9. After completing the independent review, the resident's polygrapher submits a written report of his/her findings for consideration by the polygraph review committee.

10. The PRC will exam the independent examiner's conclusions, and in so doing, may consult the polygraph examiner who conducted the original examination. In cases where the independent review contradicts the original findings, the PRC may request a 3rd reviewer.

11. The PRC then considers all available information and makes a final determination regarding satisfaction of the polygraph item on the Core Treatment Objectives Checklist.

(Exhibit B)

## POLYGRAPH REFERRAL, QUALITY ASSURANCE AND APPEAL PROCEDURES
### Liberty Health Care/IDHS

November, 2006
*Revised March, 2010*
*(changes in bold italic type)*

The polygraph examination plays a critical role in the treatment of sexual offending and is widely used in the field of sex offender treatment. At the TDF, three types of polygraph examinations are used: Predicate Offense Polygraph, Sexual History Polygraph and Maintenance Polygraph. The treatment program at the DHS-TDF adheres to the guidelines for the use of polygraphy in sex offender treatment contained in the Standards of Practice of the ATSA (check name and spell out) as well as those of the American Polygraph Association. This procedure addresses the treatment programs efforts to maintain the highest level of quality assurance and maximize the positive impact of the polygraph experience on each individual resident's' treatment.

### DEFINITIONS

**Polygraph Examination** - A polygraph examination is a scientific test that collects physiological data from a person with the purpose of detecting reactions associated with dishonesty. At least three systems in the human body are recorded during a polygraph examination. Respiratory activity is monitored by placing rubber tubes across the examinee's chest. Electro dermal or "sweat gland" activity is recorded by placing two small attachments to the fingers or palm of the hand. And cardiovascular activity is collected by a blood pressure cuff or similar device.

**Polygrapher** - An individual licensed in the state of Illinois to administer and interpret polygraph examinations. The polygrapher is also a member of the American Polygraph Association and subscribes the practice standards and ethical guidelines of this organization, and meets all requirements for Post-Conviction Polygraph Standards for Sex Offender Training and Testing.

**Polygraph Review Committee (PRC)** - A committee of senior clinicians who review residents' readiness for polygraph examinations, clarify test referral questions, refer residents for examination, and review test results for quality control purposes, accuracy verification, and make determinations for successful completion of program polygraph examination requirements.

**American Polygraph Association** - The American Polygraph Association (APA) is the leading professional polygraph organization in the world, representing more then 3,200 experienced polygraph examiners in private business, law enforcement and government. Professional APA polygraph examiners administer hundreds of thousands of polygraph exams each year worldwide. The APA establishes standards of ethical practices, techniques, instrumentation and research, as well as provides advanced training and continuing education programs.

**Predicate Offense Polygraph** - a polygraph examination as defined above which addresses only the factual details of a resident's most recent sexual offense.

**Sexual Offense History Polygraph** - a polygraph examination as defined above which addresses a resident's entire sexual offense history.

**Maintenance Polygraph** - a polygraph examination as defined above which addresses ongoing resident behaviors or other factual elements believed to be important to a resident's sexual offender treatment.

### PROCEDURES

All residents are referred to the PRC prior to sitting for a polygraph examination. The Polygraph Review Committee (PRC) shall be comprised of the following members:

(1)

Chair -         Clinical Director (or Associate Clinical Director, in his/her absence)
Members:        Referring Clinicians (Core Group Therapists, non-voting participants)

*2 senior clinicians (Clinical Therapist and/or Team Leader)*

2. There are three possible points in Phase II of the treatment program where residents may be referred for a polygraph; after presenting their index offense (index offense polygraph), and after completion of the Sexual Offense History Questionnaire (sexual offense history polygraph), and after participating in an unaccepted polygraph (re-examination). Maintenance polygraphs tests which measure more current vs historical issues of significance may be used at any point in the treatment program.

   A. Index Offense Polygraph - a resident may be referred to the Polygraph Review Committee by his Core Group therapists if the resident's account of his most recent sexual offense differs substantially from the official records of this offense. The decision to refer for an Index Offense Polygraph is always reviewed in supervision with the Team Leader for the Core Group Therapists. If the decision is made to refer for an index offense polygraph, the PRC reviews the discrepancies between the resident's self-reported details and the official records of the index offense and either approves or disapproves the Core Group Therapists recommendation for an index offense polygraph.

   B. Sexual History Polygraph - All residents are referred to the (PRC) upon completion of their Sexual Offense History Questionnaire, and successful presentation of this to their Core group. The Core Therapists present all relevant clinical and historical information to the PRC to determine whether or not a resident will be required to sit for a full sexual offense history polygraph exam. The committee then reaches a consensus in recommending either a polygraph examination, or a waiver of the Phase II treatment objective for polygraph completion. In cases where a polygraph examination is recommended, the committee helps the referring clinicians formulate appropriate areas of inquiry for the examination. If the committee is unable to come to a consensus, a vote will be taken and the majority decision will apply.

   C. Polygraph Re-examination - Residents who previously have failed the polygraph examination, or received inconclusive results not accepted by the PRC may also be required to re-take the polygraph examination. A resident in this position is referred to the PRC by his Core Group therapists at such time as they (and the treatment team) feel that the resident's progress in treatment on issues relating to their initial polygraph results warrants a re-examination. The PRC then reviews each of these referrals evaluating the subsequent progress following a previously unacceptable polygraph, as well as the factors described in (B) above, in determining the appropriateness of an additional polygraph examination.

3. The Chair of the PRC schedules an appointment for the polygraph with the facility's contracted examiner. All relevant treatment and background materials are gathered by the designated core group therapist and given to the Chair of the PRC, for forwarding to the polygraph examiner. The TDF polygrapher meets all requirements for Post-Conviction Polygraph Standards for Sex Offender Training and Testing as set forth by the American Polygraph Association. In accordance with the Standards of Practice of the American Polygraph Association, all examinations will be audio or videotaped for quality assurance purposes.

4. Upon completion of the polygraph examination, all test results are reviewed by the PRC for acceptance:

   Non-deceptive polygraph findings: to be reviewed by the committee prior to acceptance, to control for false negative errors.
   Deceptive polygraph findings: to be reviewed in consideration of domains listed in (B) above, to attempt to control for false positive errors.

In reviewing Deceptive and Non-deceptive polygraph findings, the committee considers all relevant clinical and historical information, including but not limited to:

    A. Validity indicators on the Entry to Treatment Evaluation, Penile Plethysmograph (PPG) and Abel Screen.
    B. Consistency between reported offenses and offenses of record and the extent of sexual offense history disclosure.
    C. Review of potential indicators of deception including participation in Core and Ancillary treatment groups, unit behavior, primary therapy relationships, review of TDF clinical and master files, etc.
    D. Results of predicate offense polygraph examination (if taken).

5. Inconclusive findings: The Committee examines the polygraph results in consideration of domains listed in (4) above to determine whether the resident's treatment would differ meaningfully if the results had been conclusive. If it is determined that the course of treatment would not be meaningfully different if the results had been conclusive, the resident's current polygraph examination will be held to satisfy the CORE treatment objective regarding the polygraph.

## APPEAL PROCEDURES

6. Appeal Procedures - Residents may appeal the polygraph review committee's decisions regarding acceptance of the polygraph findings. The appeal process is divided into two tiers, which must be followed in sequence. *The appeal process must be initiated within 90 days of the Committee's decision.*

    *Tier 1:* Residents whose polygraph findings are found by the committee not to have satisfied the polygraph requirement on the Core Treatment Objectives Checklist may submit a written letter requesting that the PRC reconsider their decision regarding acceptance of their polygraph results. These letters should explain in detail why the resident believes the PRC is in error regarding their decision not to accept the resident's polygraph findings as satisfying the Checklist criteria. Prior to submitting the written letters to the committee, residents are strongly encouraged, but not required, to process their decision to appeal and reasons they believe support it in their Core Treatment groups. This will allow their core group facilitators to help support their written appeal during the PRC review of the residents' written request for reconsideration.

    Residents who require assistance in drafting appeal letters will be aided by their primary or Core Group therapist, or by one of their peers. In such cases, the resident's helper may submit the written appeal in their handwriting, if directed by the resident. *Residents who believe they cannot, even with assistance, adequately present their case for appeal in writing may, through their primary therapist, request a personal appearance before the committee to discuss their appeal.*

    After review of residents' written request for reconsideration (or personal appearance), the PRC will either accept the residents' appeal and reverse their original decision regarding satisfaction of the polygraph item on the Core Treatment Objectives Checklist, or deny the residents appeal and uphold their original decision.

    *Tier 2:* If a residents' appeal is denied at Tier 1 residents may elect to participate in the second part of the appeal process. Residents must submit a request for Tier 2 appeal in writing to the chair of the PRC. *The Tier II appeal must be initiated within 90 days of resident's receipt of the committee's Tier I appeal decision.* The chair of the PRC will respond to the resident with written instructions for proceeding with this level of appeal.

    A Tier 2 appeal involves a review of the polygraph charts and audio or videotape of the original polygraph examination by an independent polygrapher of the resident's choosing. Polygraphers selected

to review the residents polygraph findings must meet the following qualifications:
    A. Licensed as a polygrapher in the state of Illinois.
    B. Member of the American Polygraph Association and *adhere to that organization's guidelines for peer review of raw test materials.*
    C. Must have satisfied Post-Conviction Polygraph Standards for Sex Offender Training and Testing as set forth by the American Polygraph Association.
*D. Must be trained in same polygraph approach (Baxter method, CQT, etc.) as TDF polygrapher.*

7. Once a resident or his attorney has identified an independent polygrapher, the chairman of the PRC, or his designee, will coordinate the transfer of the resident's polygraph examination raw data to the independent polygrapher.

8. The resident and/or his attorney will be responsible for any fees charged by their selected independent polygrapher in reviewing the raw test data.

9. After completing the independent review, the resident's polygrapher submits a written report of his/her findings for consideration by the polygraph review committee.

10. The PRC will exam the independent examiner's conclusions, and in so doing, may consult the polygraph examiner who conducted the original examination. In cases where the independent review contradicts the original findings, the PRC may request a 3rd reviewer.

11. The PRC then considers all available information and makes a final determination regarding satisfaction of the polygraph item on the Core Treatment Objectives Checklist.

(4)

(Exhibit C)

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

IN RE THE COMMITMENT OF: )
)
FRANKIE N. WALKER SR., )
    Plaintiff )
    (Respondent). )
)
v. )    Case No. 07-MR-152
)
GREGORY M. BASSI, )
DEPARTMENT OF HUMAN SERVICES )
Secretary-Designate, )
    Defendant. )
)

Notice and Acknowledgement of Receipt of Summons and Complaint

NOTICE

James Dimas, Department of Human Services, Secretary-Designate, Illinois Dept. of Human Services, 401 South Clinton Street, Chicago, Illinois 60607.

    The enclosed summons and complaint are served pursuant to section 2-213 of the Code of Civil Procedure.
    You must complete the acknowlegement part of this form and return one copy of the completed form to the sender within __30__ days.
    You must sign and date the acknowlegement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.
    If you do not complete and return the form to the sender within __30__ days, you (or the party on whose behalf you are being served) may be served a summons and complaint in any other manner permitted by law.
    If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within __60__ days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

(1 of 2)

ACKNOWLEDGEMENT OF RECEIPT OF
SUMMONS AND COMPLAINT

I declare under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned matter at: 401 South Clinton Street, Chicago, Illinois 60607,
PRINT or TYPE Name_____;
Relationship to Entity/Authority to Receive Service of Process
_____
(Not Applicable if you are the named Defendant or Respondent)
Signature_____
Date of Signature_____.

(Exhibit D)



**Bruce Rauner**, *Governor*    Illinois Department of Human Services    **James T. Dimas**, *Secretary-designate*

Treatment and Detention Facility
17019 County Farm Road
Rushville, IL 62681
217-322-3204
217-322-2093

June 8, 2015

Mr. Frankie Walker
Treatment and Detention Facility
17019 County Farm Road
Rushville, IL 62681

Dear Mr. Walker

This is in response to your correspondence to the Illinois Department of Human Services in which you claim unconstitutionality of polygraph appeal policy, practices and procedures.

It was revealed that you were given an opportunity to have an independent polygraph; however, you never submitted a name to Liberty. As far as the polygraph being expunged; I would encourage you to continue with your appeal process, which you have initiated. There currently is nothing to substantiate your allegations of the polygraph appeal policy to be unconstitutional at this time.

I apologize that you are having these issues though encourage you to use the Attempt to Resolve (ATR) and Grievance processes that is set up for you at the TDF; it has been utilized many times and successfully resolves many issues. As I am sure you are aware, the goal of these processes is to resolve resident complaints at the earliest possible opportunity. Although positive outcomes are not always without exceptions, I can assure you that the TDF strives to follow all applicable rules, regulations, policies and procedures in resolving resident complaints. TDF staff understands the benefits of these processes and are eager to assist you in this regard.

I trust you find the information above responsive to your inquiry.

Sincerely,

Gregg Scott,
Program Director